UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMSON DISTRIBUTING, INC. a
Florida corporation,

        Plaintiff,

v.                                          Case No.  8:07-cv-290-T-24-MSS

LAWRENCE KREGER, A/K/A
EDWARD LAWRENCE, a Florida
Resident, d/b/a ADVANCED HEALTH
CONSULTANTS, BULKING-
CUTTING.COM, and OREGON-
LABS.COM; and DOES 1-10,
Inclusive,

        Defendants.
_____/

## ORDER

This cause comes before the Court on the parties' Stipulation and Joint Motion for Entry of Permanent Injunction (Doc. No. 35).  The parties request that the Court enter an order permanently enjoining Defendants from using Plaintiff's trademarks.

Having considered the motion, and being otherwise fully advised, it is ORDERED AND ADJUDGED that Defendant, Lawrence Kreger, also known as Edward Lawrence and doing business as Advanced Health Consultants, Bulking-Cutting.com, and Oregon-Labs.com, his agents, officers, contractors, employees, affiliated or related companies and entities, assignees, and successors-in-interest, and those in active concert or participation with them, are permanently enjoined from using the following trademarks for any purpose: (i) D-BOLIN, WINSTRALL-V, ANADROLIN, or DECA-50; or (ii) any other marks confusingly similar to any of Plaintiff's D-BOL, WINNI-V, ANODROL, or DECA NOR 50 trademarks.  Pursuant to

the parties' agreement, Plaintiff shall not be required to post a bond or provide any other security in connection with the issuance of this permanent injunction.

**DONE AND ORDERED** at Tampa, Florida, this 25th day of October, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record